IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANDREW THOMAS FABER, as the parent and natural guardian of T.F., a protected minor, and CASSANDRA FABER, as the parent and natural guardian of A.K., a protected minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, and JOHN DOES 1-3,<br><br>Defendants, | CV 25-108-M-KLD<br><br>ORDER |

Pursuant to the Court's prior order, the parties have filed a joint Stipulation for Dismissal with Prejudice. (Doc. 14. The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 16th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge